FILED
CLERK, U.S. DISTRICT COURT
JUN 2 6 2024
CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: CR 19-0282-FMO |
| Plaintiff, | |
| vs. | ORDER OF DETENTION AFTER HEARING [Fed. R. Crim. P. 32.1(a)(6); 18 U.S.C. § 3143(a)] |
| Richard Silva, | |
| Defendant. | |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the __Central District/Calif.__ for alleged violation(s) of the terms and conditions of (his)/her [probation] [supervised release]; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

The Court finds that:

A.  (✓) The defendant has not met (his)/her burden of establishing by clear and convincing evidence that (he)/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on __circumstances of 2023 state conviction, involving__

<u>high speed car chase and defendant's fleeing from crashed vehicle, ongoing substance abuse, prior failures to appear</u>

and/or

B. (✓) The defendant has not met ~~his~~/her burden of establishing by clear and convincing evidence that ~~he~~/she is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c). This finding is based on: <u>lengthy criminal history including firearms, circumstances of 2023 state case, ongoing substance abuse, in state custody</u>

IT THEREFORE IS ORDERED that the defendant be detained pending the further revocation proceedings.

Dated: June 26, 2024

/s/ Jean Rosenbluth
JEAN ROSENBLUTH
U.S. MAGISTRATE JUDGE

2